

FILED by __KA__ D.C.

Jun 14, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-80093-CR-SMITH/MAYNARD**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

EDWIN JOEL LOPEZ RODRIGUEZ,

        Defendant.
_____/

## INDICTMENT

The United States Attorney charges that:

On or about January 19, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDWIN JOEL LOPEZ RODRIGUEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EDWIN JOEL LOPEZ RODRIGUEZ**, has an interest.

2.    Upon conviction of a violation of Title 21, United States Code, Section 841, as

alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EDWIN JOEL LOPEZ RODRIGUEZ

      **Defendant.**      /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| Court Division: (Select One) | |
|---|---|
| ☐ Miami ☐ Key West ☐ FTL | |
| ✓ WPB ☐ FTP | |

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes

    List language and/or dialect Spanish

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)
    I   0 to 5 days   ✓
    II  6 to 10 days  ☐
    III 11 to 20 days  ☐
    IV 21 to 60 days  ☐
    V  61 days and over  ☐

    (Check only one)
    Petty  ☐
    Minor  ☐
    Misdemeanor  ☐
    Felony  ✓

6. Has this case previously been filed in this District Court? (Yes or No) No

    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) Yes

    If yes: Magistrate Case No. 22-mj-8239-RMM

    Related miscellaneous numbers: _____

    Defendant(s) in federal custody as of 6/9/2022

    Defendant(s) in state custody as of _____

    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

*signature: Brian R*

Brian Ralston
Assistant United States Attorney
Court ID No. A5502727

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Edwin Joel Lopez Rodriguez

**Case No:**

Count #: 1

Possession with intent to distribute a Controlled Substance (Cocaine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(ii)(II)

**\*Max. Penalty:** Mandatory minimum term of 5 years' imprisonment to a maximum term of 40 years' imprisonment; $5,000,000 fine; minimum 4 years to life term of supervised release; and a $100.00 special assessment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.