UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80093-CR-SMITH/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWIN JOEL LOPEZ RODRIGUEZ,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

    The defendant, Edwin Joel Lopez Rodriguez, through counsel, files this Motion to Continue Trial that is set for August 15, 2022. In support thereof, the Defendant states the following:

    1.    Mr. Lopez Rodriguez was indicted on June 14, 2022 for Possession with Intent to Distribute a Controlled Substance (Cocaine) in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(ii)(II).

    2.    Mr. Lopez Rodriguez is out on pre-trial release and currently residing in Orlando, Florida.

    3.    The first Calendar Call is currently set for August 9, 2022 with trial on August 15, 2022.

    4.    Undersigned counsel is still in the process of settlement negotiations,

reviewing discovery and preparing for trial and will not be ready by August 15, 2022.

5. The government does not oppose this motion.

WHEREFORE; the Defendant respectfully asks the Court for a continuance of the August 12, 2022 trial in Fort Lauderdale for a future date.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   s/ *Allari Dominguez*
    Assistant Federal Public Defender
    Florida Bar No. 98383
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301-1842
    Tel: 954-356-7436
    Fax: 954-356-7556
    E-Mail: Allari_Dominguez@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ *Allari Dominguez*, AFPD